DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| | | | |
|---|---|---|---|
| 172P15 | State v. Mohammed Nadder Jilani | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Denied **05/27/2015** |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Dismissed **05/27/2015** |
| 173P15 | State v. Juli Ann Williams | 1. Def's Motion for Temporary Stay (COA14-1113) | 1. Allowed **05/26/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. |
| 179P14-2 | State v. Torrey Dale Grady | U.S. Supreme Court Order Vacating and Remanding | Special Order |
| 187P15 | State v. Aleksandr Sergeyevich Kiselev | 1. State's Motion for Temporary Stay | 1. Allowed **06/08/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 (COA14-1020) | 3. |
| 194P07-2 | State v. Lawrence Clay McGee | 1. Def's *Pro Se* Motion for PDR (COAP15-248) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 201PA12-3 | Margaret Dickson, et al. v. Robert Rucho, et al. | 1. Order and Mandate from the Supreme Court of the United States | 1. Special Order **05/07/2015** |
| | | 2. Plt's Motion for Expedited Schedule on Remand | 2. Special Order **05/07/2015** |
| 208P14 | State v. Colell B. Steele | 1. Def's *Pro Se* Motion in Arrest of Judgment (COAP13-101) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 227P08-3 | State v. Sabas Ibarra | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 248P99-2 | State v. Howard Cleveland, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the COA | Dismissed |
| 269PA14 | Elizabeth Hinshaw v. John Kuntz | Joint Motion for Order Allowing Withdrawal of PDR | Allowed **04/21/2015** |